*CALDWELL vs. FALES*

APPEAL FROM THE COURT OF THE FIRST DISTRICT.

If the cause be tried without issue joined, the judgment will be reversed.

A supplemental petition was filed in this case, to which the defendant did not answer. The cause was submitted to a jury who found a verdict for the plaintiff, and the defendant appealed.

*Hennen,* for appellant.

1. The judgment was rendered without issue, being joined, no answer having been filed to the amended petition of plaintiff. 2 *Martin, N. S. P.* 256; 8 *Martin, N. S. P.* 297.

*Eustis* contra.

1. No new trial was asked for in the court.

2. The evidence supports the verdict, and the judgment must be confirmed with damages and costs.

*Martin J.* delivered the opinion of the court.

The defendants and appellants assign, as error apparent on the face of the record, that judgment was rendered without issue having been joined—the plaintiff having, with leave of the court, amended his petition, and the defendant having filed no answer thereto.

The appellee's points are, that no new trial was asked, and the evidence supports the verdict.

This is certainly no answer to the assignment of error, and the judgment must be reversed. Freeland vs. Lanfear. 2 *Martin, N. S.* 256. Hughes vs. Harrison, 8 *Martin, N. S.* 292.

It is therefore ordered, adjudged and decreed, that the judgment of the District Court be annulled, avoided and reversed, the verdict set aside and the case remanded for further proceedings, the appellee paying costs in this court